2011-21155
FILED
March 22, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003361779

Ja Vonne M. Phillips, Esq. SBN 187474
Brielyn Sesko, Esq. SBN 241596
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for:
BankUnited, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | ) Case No. 11-21155 |
| | ) |
| Lawrence D. Beauchemin, | ) DC No. BRI-1 |
| Chom Cha Beauchemin, | ) |
| | ) Chapter 7 |
| Debtors. | ) |
| | ) **ORDER ON MOTION FOR RELIEF** |
| BankUnited, its assignees and/or | ) **FROM AUTOMATIC STAY** |
| successors, | ) |
| | ) |
| Secured Creditor, | ) Date: 03/21/11 |
| v. | ) Time: 10:00 AM |
| | ) Ctrm: Courtroom 28, Floor: 7th |
| Lawrence D. Beauchemin, Chom Cha | ) Place: 501 I Street |
| Beauchemin, Debtors; and J. Michael | ) Sacramento, CA |
| Hopper, Chapter 7 Trustee, | ) |
| | ) |
| | ) Judge: Michael S. McManus |
| Respondents. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

RECEIVED
March 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003361779

1

File No. CA-11-43275 / Case No. 11-21155
Order on Motion For Relief From Stay

The motion of BankUnited, its assignees and/or successors, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Michael S. McManus, Judge Presiding. All appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of BankUnited, its assignees and/or successors, in the real property commonly known as 138 Raleigh Drive, Fairfield, CA 94533.

IT IS FURTHER ORDERED that BankUnited may complete its foreclosure of said real property and proceed with post-foreclosure remedies to obtain possession, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED that the court determines that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property. Further, upon entry of the order granting relief from the automatic stay, BankUnited and its successors, assigns, principals, and agents shall comply with Cal. Civil Code § 2923.52 et seq., the California Foreclosure Prevention Act, to the extent it is otherwise applicable.

IT IS FURTHER ORDERED that the court awards no fees and costs in connection with the secured claim of BankUnited as a result of the filing and prosecution of this motion.

///

///

///

///

IT IS FURTHER ORDERED that the fourteen day stay provided by Bankruptcy Rule 4001(a)(3) is not waived. That period, however, shall run concurrently with the 7-day period specified in Cal. Civ. Code § 2924g(d) to the extent section 2924g(d) is applicable to orders terminating the automatic stay.

IT IS FURTHER ORDERED that BankUnited may contact the Debtor to comply with California Civil Code Section 2923.5.

Dated: March 22, 2011

By the Court:

Michael S. McManus
United States Bankruptcy Judge